## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

LATINA RAY,

       **Plaintiff,**

v.

       **Case No. 22-cv-2215-SPM**

**THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,**

       **Defendant.**

## JUDGMENT

This matter having come before the Court, and the litigants having stipulated to dismissal with prejudice (Doc. 15);

**IT IS ORDERED AND ADJUDGED** that Plaintiff Latina Ray's Complaint against Defendant The Lincoln National Life Insurance Company is **DISMISSED with prejudice** pursuant to Rule 41(a)(1)(A)(ii), each party to bear own costs, expenses and attorneys' fees.

**IT IS SO ORDERED.**

**DATED: December 28, 2022**

       MONICA A. STUMP,
        Clerk of Court

       By: s/ *Jackie Muckensturm*
       Deputy Clerk

**APPROVED:** s/ *Stephen P. McGlynn*
           **STEPHEN P. MCGLYNN**
           **U.S. District Judge**